1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

HUDDLY AS,

          Plaintiff,

    v.

SUZHOUS WASHENG TECHNOLOGY CO. LTD.,

          Defendant.

Case No. 21-cv-03617-JST

**ORDER REGARDING THE PLAINTIFF'S APPLICATION TO SERVE DEFENDANT BY PUBLICATION**

Plaintiff Huddly AS — a Norwegian company that sells videoconferencing products and services — is suing the defendant, Suzhou Washeng Technology (d/b/a Hamedal), for federal trademark infringement and related claims.[1] Because Huddly was unable to serve Hamedal, it asked to serve it by publication.[2] In an earlier order, the court determined that alternative service was appropriate, observed that service by publication generally does not result in actual service, identified emails for possible service (sales@hamedal.com and johnny.shi@auditoryworks.com), and asked Huddly to try to identify other contact information by contacting Hamedal's former attorney.[3]

---

[1] Compl. – ECF No. 4. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Shi Decl. – ECF No. 10-1 at 2–3 (¶¶ 4–7); Mot. – ECF No. 10;

[3] Order – ECF No. 14. This order incorporates the earlier order's fact summary and analysis.

1    In response to the earlier order, Huddly updated its investigation, found that Hamedal's website

2    was up again, and identified two more emails on that website (support@hamedal.com and

3    pr@hamedal.com).[4] Also, the USPTO trademark database lists an "attorney primary email"

4    (jtfushen@gmail.com) and a "correspondent email" (stevenyuan@lawvictor.com and

5    johnny.shi@auditoryworks.com).[5] Huddly's counsel also contacted Steven Yuan, the attorney who

6    previously represented Hamedal and asked for additional contact information for Hamedal and its

7    officers. Mr. Yuan said that he could not disclose the contact information because he did not have a

8    confidentiality waiver (adding that he was sorry).[6] Huddly has been unable to identify any other

9    contact information for Hamedal or its officers, Andy Xin and Johnny Shi.[7] It thus proposes serving

10   the summons and complaint by email to the five identified email addresses and by publication.[8]

11   The court approves Huddly's service plan and authorizes service by email and publication.

12   Huddly has exercised reasonable diligence to serve the defendant: (1) it sent waiver requests to the

13   two Hamedal directors at the U.S. headquarters, attempted personal service there, and subsequently

14   determined that Hamedal did not rent space there; (2) it contacted Hamedal's counsel; and (3) it

15   investigated contact information for Hamedal and its directors, identified email addresses, and was

16   unable to identify any other contact information for Hamedal or its officers.[9] The service plan is

17   reasonably calculated to give actual notice to Hamedal because the email addresses are associated

18   with Hamedal's business activities. The court will separately file Huddly's proposed order at ECF

19   No. 15-1, which lists the email addresses and sets forth the general publication plan.

20   Service by publication must comply with the California Government Code § 6064, which

21   provides that publication in the newspaper must occur four times with five days in between each

---

[4] Shi Supp. Decl. – ECF No. 15 at 2 (¶ 3).

[5] *Id.* at 2–3 (¶ 4); Screenshots, Exs. 1 & 2 to *id.* – ECF No. 15 at 5–7.

[6] Shi Supp. Decl. – ECF No. 15 at 3 (¶ 5).

[7] *Id.* (¶ 6).

[8] *Id.* (¶ 7) & Service Plan, Ex. 3 to *id.* – ECF No. 15 at 10–11.

[9] Shi Decl. – ECF No. 10-1 at 2–3 (¶¶ 4–7); Exs. 2–3 to *id.* at 8–12; Shi Supp. Decl. – ECF No. 15; Order – ECF No. 14.

1  publication. The court also asks Huddly to file a declaration identifying the Santa Clara newspaper

2  or journal where it will publish the summons.

3  **IT IS SO ORDERED.**

4  Dated: September 24, 2021



LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California